Brian W. LaCorte (012237)
Donna H. Catalfio (021827)
Ivan J. Mlachak (021939)
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
E-mail: bwl@gknet.com; dhc@gknet.com; ijm@gknet.com
Attorneys for Plaintiffs/Counter-defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| GolfSwitch, Inc., et al.,<br><br>   Plaintiffs/Counter-defendants,<br><br>v.<br><br>Incuborn Solutions, Inc., et al.,<br><br>   Defendants/Counter-claimants. | No.   CV06-1119-PHX-NVW<br>        CV06-1406-PHX-NVW<br>        (CONSOLIDATED)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY**<br>**(JOHN G. KERKORIAN)** |
| GolfSwitch, Inc.,<br><br>   Plaintiff/Counter-defendant,<br><br>v.<br><br>TeeConnect, LLC, et al.,<br><br>   Defendants/Counter-claimants. | |

PLEASE TAKE NOTICE that John G. Kerkorian is no longer associated with Gallagher & Kennedy, P.A.  Mr. Kerkorian no longer represents Plaintiffs in this matter and should be removed from the Court's database and electronic notices.  Brian W. LaCorte, Donna H. Catalfio and Ivan J. Mlachak remain as counsel for Plaintiffs.

1     DATED this 23nd day of April, 2008.

2                                   **GALLAGHER & KENNEDY, P.A.**

3                         By:   s/Brian W. LaCorte

                                Brian W. LaCorte

4                                 Donna H. Catalfio

                                Ivan J. Mlachak

5                                 2575 East Camelback Road

                                Phoenix, Arizona 85016-9225

6                                 Attorneys for Plaintiffs/Counter-defendants

7                         **CERTIFICATE OF SERVICE**

8     I hereby certify that on the 23nd day of April, 2008, I electronically transmitted a PDF version of the foregoing document to the Office of the Clerk of Court using the

9 CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

10

Johnathan E. Mansfield *(Admitted Pro Hac Vice)*  jmansfield@schwabe.com

11 Yvonne E. Schindler *(Admitted Pro Hac Vice)*   yschindler@schwabe.com

**SCHWABE WILLIAMSON & WYATT, P.C.**

12 PacWest Center 2

1211 SW 5th Avenue, Suite 1600-1900

13 Portland, Oregon 97204

*Attorneys for Defendants/Counter-claimants Incuborn Solutions, Inc.,*

14 *Golfnow, Inc. and Michael Loustalot*

15 Brett L. Dunkelman  bdunkelman@omlaw.com

**OSBORN MALEDON, P.A.**

16 2929 N. Central Avenue, 21st Floor

Phoenix, Arizona 85012-2793

17 *Attorneys for Defendants/Counter-claimants Incuborn Solutions, Inc.,*

*Golfnow, Inc. and Michael Loustalot*

18

Michael J. LaVelle   mjl@lavelle-lavelle.com

19 Matthew K. LaVelle   mkl@lavelle-lavelle.com

**LAVELLE & LAVELLE, PLC**

20 2525 East Camelback Road, Suite 888

Phoenix, AZ 85016

21

-AND-

22

1  Charles W. Jirauch (cjirauch@quarles.com)
   Wendy K. Akbar (wakbar@quarles.com)
2  Ryan M. Schultz (rmschultz@quarles.com)
   Nikia Fico (nfico@quarles.com)
3  Quarles & Brady, LLP
   One Renaissance Plaza
4  Two N. Central Ave.
   Phoenix, AZ  85004-2391
5
   *Attorneys for Defendants/Counter-claimants TeeConnect, LLC,*
6  *Open Course Solutions, LLC, Heritage Golf Group, LLC, and*
   *Heritage Golf Group, Inc.*
7
    s/ Karen J.
8  1816644

9

10

11

12

13

14

15

16

17

18

19

20

21

22

3