# EXHIBIT C

## LaCorte, Brian W.

**From:** LaCorte, Brian W.
**Sent:** Monday, September 01, 2008 4:37 PM
**To:** 'Dunkelman, Brett'
**Subject:** RE: GolfSwitch v. Cypress Golf Solutions, et. al.

Brett,
Given that settlement negotiations are essentially dead, can you respond to our last position regarding a compromise over producing the Cypress/Comcast sale- related data/records?

Sincerely,

Brian W. LaCorte



**Brian W. LaCorte**

Gallagher & Kennedy, P.A.
2575 E. Camelback Road
Suite 1100
Phoenix, Arizona 85016

Phone: 602-530-8020
Fax: 602-530-8500
E-mail: bwl@gknet.com
Web site: www.gknet.com

Attorney Profile

This message and any of the attached documents contain information from the law firm of Gallagher & Kennedy, P.A. that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information, and no privilege has been waived by your inadvertent receipt. If you have received this transmission in error, please notify the sender by reply e-mail and then delete this message. Thank you.

9/16/2008